This appeal has been consolidated with Byas's Rule 29.15 motion for post conviction relief which alleges ineffective assistance of counsel.

We have read the briefs and reviewed the legal file and transcript. We find no error of law and no jurisprudential purpose will be served by an extended written opinion. Judgment is affirmed in accordance with Rules 30.25(b) and 84.16(b).

counts, Counts XVII and XXV, of Forcible Sodomy, Section 566.060. Defendant was sentenced to six life sentences and six ten year sentences. All sentences are to be served consecutively. We affirm.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the basis for this order. The judgment is affirmed pursuant to Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Demon PHELPS, Appellant.**

**No. 71301.**

Missouri Court of Appeals,
Eastern District,
Division Four.

April 7, 1998.

Nancy L. Vincent, Asst. Public Defender, St. Louis, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Daniel G. Cierpiot, Asst. Atty. Gen., Jefferson City, for Respondent.

Before ROBERT G. DOWD, Jr., P.J., and SIMON and HOFF, JJ.

*ORDER*

PER CURIAM.

Demon Phelps, defendant, appeals from sentences entered on jury verdicts finding him guilty of four counts, Counts I, IV, XIV, and XX, of Forcible Rape, Section 566.030 (RSMo 1994) (All future references will be to RSMo 1994 unless otherwise noted); three counts, Counts II, VI, and XXI, of Robbery Second Degree, Section 569.030; three counts, Counts III, VII, and XIX, of Burglary First Degree, Section 569.160; and two

**JIM LYNCH CADILLAC, INC.,**
**a Missouri corporation,**
**Plaintiff/Appellant,**

v.

**GENERAL MOTORS CORPORATION,**
**d/b/a Cadillac Motor Car Division, a corporation doing business in Missouri, Defendant/Respondent.**

**No. 72235.**

Missouri Court of Appeals,
Eastern District,
Division Four.

April 7, 1998.

James C. Bradenburg, Todd M. Boehlje, David O. Kreuter, St. Louis, for plaintiff/appellant.

James E. McDaniel, Margaret M. Mooney, St. Louis, for defendant/respondent.

Before ROBERT G. DOWD, Jr., P.J., and SIMON and HOFF, JJ.